**Quillen HOWARD, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
March 13, 1953.

O. J. Cockrell, Jackson, for movant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Judgment of conviction for unlawful possession of whisky in local option territory imposing a fine of $100 and 60 days in jail.

Appeal denied. Judgment affirmed.